In the Matter of the Petition of the CITY OF NEW YORK, Respondent, for a Writ of Certiorari against ABRAHAM DEYO et al., as Members of and Constituting the Board of Assessors of the Town of Gardiner, Appellants.

In the Matter of the Petition of the CITY OF NEW YORK, Respondent, for a Writ of Certiorari against CHARLES H. JANSEN et al., as Members of and Constituting the Board of Assessors of the Town of Shawangunk, Appellants.

*Matter of City of New York* v. *Deyo*, 158 App. Div. 319, affirmed.
*People ex rel. City of New York* v. *Jansen*, 158 App. Div. 909, affirmed.

(Argued January 5, 1915, decided January 19, 1915.)

APPEAL in each of the above-entitled proceedings from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 6, 1913, which reversed an order of Special Term quashing a writ of certiorari to review an assessment of real property of the petitioner for purposes of taxation.

*Augustus H. Van Buren* and *Hector Sears* for appellants.

*Frank L. Polk, Corporation Counsel (William McM. Speer* of counsel), for respondent.

Order in each case affirmed, with costs, on opinion of LYON, J., below.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.